## KANTOR, DAVIDOFF, WOLFE, MANDELKER & KASS, P.C.

HERBERT C. KANTOR
RICHARD S. DAVIDOFF
STEVEN W. WOLFE
LAWRENCE A. MANDELKER††
ROBIN NELSON WOLFE
MATTHEW C. KESTEN*
THOMAS E. KASS†
DONALD M. HALPERIN*
TIMOTHY ARMBRECHT**

* MEMBER OF N.Y. & FL. BARS
** MEMBER OF CA. BAR
† MEMBER OF N.Y., CONN. & D.C. BARS
†† MEMBER OF N.Y. & PA. BARS

ATTORNEYS AT LAW
51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5497
TELEPHONE: (212) 682-8383
FAX: (212) 949-5206

OF COUNSEL
I. ROBERT HARRIS
ROBERT M. BIRNBAUM*
DANIEL M. HIRSCH
EDWIN A. MARGOLIUS
JOEL BUCHMAN

FLORIDA OFFICE
WILLIAM A. KASS*
NATIONSBANK TOWER, SUITE 500
150 EAST PALMETTO PARK ROAD
BOCA RATON, FL 33432-4832
TEL: (561) 368-1995
FAX: (561) 368-4315



January 26, 2006

Hon. Cheryl L. Pollak
U.S. Magistrate Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Fleurentin v. McDowell, et al.
           05 Civ. 4274 (ARR) (CLP)

Honorable Magistrate Judge:

      We are the attorneys for defendant Sterling Empire Funding Associates Ltd. in the above-entitled action.

      On or about January 3, 2006, we filed a notice of motion, affidavit and memorandum of law in support of a motion to dismiss the complaint as against said defendant pursuant to F.R.C.P. Rules 12 (b) (6) and 9 (b). Several days later Ms. Bridgers, the attorney for plaintiff, telephoned me. She stated that she would be out of town for a week and requested an adjournment of the motion. I told her that I had no objection to a reasonable adjournment of the motion (which, I believe, would ordinarily be returnable during the third week of January, 2006).

      I heard nothing further from Ms. Bridgers concerning an adjournment of the motion. Nor have I received any advice from Your Honor's chambers regarding the motion. About a week ago, I called Ms. Bridgers and left a message on her answering machine to call me regarding her request for an adjournment. She never returned my call.

      I had hoped that any arrangements regarding an adjournment of the motion, including an arrangement for me to have sufficient time to submit reply papers in connection therewith, would be finalized at the conference with Your Honor which

KANTOR, DAVIDOFF, WOLFE, MANDELKER & KASS, P.C.

was scheduled to be held this morning at 11:00. Two days ago I received advice by e-mail from chambers that the conference had been adjourned to February 14, 2006 at Ms. Bridgers' request. It was not until late yesterday, however, that Ms. Bridgers faxed me a copy of her letter to Your Honor of January 23 in which she requested an adjournment of the conference. That letter inaccurately stated, "Counsel for the defendants who have appeared in this matter have consented to an adjournment of the scheduled initial conference." In fact, I was never asked to consent to an adjournment, did not do so and for the reason previously stated, would not have done so.

    The purpose of this letter is to advise Your Honor of the foregoing and to urge that the aforementioned motion go forward to a determination by Your Honor.

Respectfully yours,

Robin N. Wolfe

RNW/neg
cc: Linda Bridgers, Esq.

*Plaintiff is Ordered to file her response to the motion to dismiss on or before February 6, 2006. Failure to comply will result in a recommendation to dismiss the action. So Ordered*

*USMJ*
*1/31/06*