FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 1 6 2009

P.M.
TIME A.M.

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

DJENANE FLEURENTIN,                          :        05-CV-4274(ARR)(CLP)
                                             :
                        Plaintiff,           :
        -against-                            :        NOT FOR
                                             :        PRINT OR ELECTRONIC
MAURICE MCDOWELL, et al.,                    :        PUBLICATION
                                             :
                        Defendant.           :        AMENDED ORDER
                                             :
------------------------------------------------------------------- X

ROSS, United States District Judge:

This amended order supersedes the previous order issued by the court in this action dated

April 22, 2009.

The court has received the Report and Recommendation on the instant case dated March

31, 2009 from the Honorable Cheryl L. Pollack, United States Magistrate Judge. No objections

have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear

error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord

Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074,

at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist.

LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear

error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court

pursuant to 28 U.S.C. § 636(b)(1).

Therefore, a judgement of $278,327.47 in damages shall be entered, jointly and severally,

against defendants McDowell and Lost and Found. This award represents: 1) 118,327.47, the

principal amount of the equitable mortgage and 2) $160,000.00, the loss of equity. Additionally, the court awards prejudgment interest at 8% per annum from the date of August 25,2004, as well as $4,130.00 in attorneys' fees. The Clerk of the Court shall enter judgment accordingly.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: September 16, 2009
Brooklyn, New York

Service List

*Plaintiff*
Djenane Fleurentin
183-02 Camden Avenue
St. Albans NY 11412
718-264-7648
718-487-4135

Ramses Delva
Law Offices of Ramses Delva
212-47 Jamaica Avenue, Suite 200
Queens Village, NY 11420
718-217-2410
Fax: 718-217-2408


cc: Magistrate Judge Pollak